ACCEPTED
06-14-00190-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/30/2015 11:14:58 AM
DEBBIE AUTREY
CLERK

## NO.   06-14-00190-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **TONYA RODRIGUEZ** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/30/2015 11:14:58 AM

DEBBIE AUTREY
Clerk

## MOTION FOR LEAVE OF COURT TO FILE APPELLANT'S BRIEF LATE

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Tonya Rodriguez, Appellant in the above styled and numbered cause, and moves this Court to grant leave of Court to allow late filing of the Appellant's Brief in this matter, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 354th Judicial District Court of Hunt County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Tonya Rodriguez</u>, and numbered 29,230.

3.      Appellant was convicted of Reckless Injury to a Child causing serious bodily injury.

4.      Appellant was assessed a sentence of sixteen years on July 16, 2014.

5.      Notice of appeal was given on September 29, 2014.

6.      The clerk's record was filed on November 20, 2014; the reporter's

record was filed on February 23, 2014.

7.     The appellate brief was presently due on April 23, 2015.

8.     Appellant requests an extension of time of 7 days from the present date, i.e. April 30, 2015.

9.     One extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

The Attorney for Defendant is a solo practitioner and has been involved in many court appearances in felony and misdemeanor matters including jury trials during the time of preparation of this brief. Attorney for Appellant also had a prepaid family vacation that required him to be out of state for a period of the preparation time. Further Attorney for Appellant was without a secretary for several days during the preparation of this brief due to illness in her family. Due to the time needed for preparation the Attorney for Defendant has been unable to complete the preparation of the brief for Appellant in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion for Leave of Court to File Appellant's Brief Late, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

FRANK LONG
614 Oak Avenue
Sulphur Springs, Texas 75482
Tel: (903) 885-7800
Fax: (903) 885-7133
State Bar No. 12519500
flonglaw@gmail.com
Attorney for Tonya Rodriguez

## CERTIFICATE OF SERVICE

This is to certify that on April 30, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by fax.

_____

Frank Long

**STATE OF TEXAS** §
§
§
**COUNTY OF HOPKINS** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Frank Long, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion for Leave of Court to File Appellant's Brief Late and swear that all of the allegations of fact contained therein are true and correct."

_____
Frank Long
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 30, 2015

2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

LACI SHEA MURRAY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-12-2017